In the Matter of the Application of FRANK C. BAKER for Reinstatement as an Attorney.— Report of the official referee received and filed.   Recommendation approved, and the applicant restored to the bar.   Jenks, P. J., Putnam and Blackmar, JJ., concur; Kelly and Jaycox, JJ., dissent.

ALBERT M. OLM, Respondent, v. NEW YORK AND QUEENS ELECTRIC LIGHT AND POWER COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied.   A stay of thirty days is granted to afford opportunity for application to the Court of Appeals for leave to appeal.  Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

MAX W. AMBERG and NATHAN FRIED, Respondents, v. WALTER C. ALLEN, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

FRANCOIS C. BERUBE, Appellant, v. ALBERT E. CASTLE and MARIETTA CASTLE, His Wife, Respondents.— Judgment reversed and new trial granted, with costs to appellant to abide the event.   Upon the record presented to this court the interests of justice require that this judgment and the findings of fact and conclusions of law upon which it is based be reversed and set aside upon the ground that plaintiff was not given a fair trial of the issues presented by the pleadings.   Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

ISAAC BESSEL, Respondent, v. WILLIAM M. BARRETT, as President of the ADAMS EXPRESS COMPANY, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that it was the duty of the plaintiff under his contract to water and feed the animals.  Adequate facilities were provided for feeding and rest at Jersey City, and plaintiff in the exercise of reasonable care should have known of these facilities, and his failure to exercise such care precludes a recovery.   Jenks, P. J., Rich, Putnam, Blackmar and Kelly, JJ., concur.

ROBERT E. BREUER, Respondent, v. SAMUEL SALVIN and Others, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.   Paragraphs 3, 4, 5 and 19 [of the complaint] stricken out, and the following clause from paragraph 9: " in a form prepared and printed by the defendants Samuel Salvin, Park Auto Exchange, Inc., and Emanuel Eichner."   Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ., concur.

ANNA CONOBOY, as Administratrix, etc., of EDWARD CONOBOY, Deceased, Respondent, v. AMERICAN RAILWAY EXPRESS COMPANY, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the verdict is contrary to the weight of evidence as to the negligence of the defendant.   Jenks, P. J., Mills and Jaycox, JJ., concur; Rich and Blackmar, JJ., vote to affirm.

SAMUEL A. DUNN, Appel'ant, v. JAMES J. BROWNE, Respondent.— Judgment unanimously affirmed on reargument, with costs.   No opinion.   Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.